**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 22-7197**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARCUS TERRELLE MARSH,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Senior District Judge.  (3:17-cr-01197-TLW-1)

―――――――――

Submitted:  November 27, 2023                    Decided:  December 28, 2023

―――――――――

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Marcus Terrelle Marsh, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Terrelle Marsh appeals the district court's order denying his motion for compassionate release. We have reviewed the record and discern no abuse of discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review for compassionate release motions). Accordingly, we affirm the district court's order. *United States v. Marsh*, No. 3:17-cr-01197-TLW-1 (D.S.C. May 13, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*